UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KENNETH WYATT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-162 |
| | § | |
| AMSPEC, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion for Sanctions. Dkt. 24. Rule 37(b)(2) of the Federal Rules of Civil Procedure authorizes the court "to dismiss a complaint with prejudice when a party refuses to obey a valid discovery order." *Batson v. Neal Spelce Assocs., Inc.*, 765 F.2d 511, 514 (5th Cir. 1985) (citing *Nat'l Hockey League v. Metro. Hockey Club, Inc.*, 427 U.S. 639, 640, 96 S.Ct. 2778, 49 L.Ed.2d 747 (1976)). Here, Plaintiff has failed to follow the Court's discovery orders despite the warning that such failure may result in dismissal of the case. *See* Dkt. 23.

Therefore, having considered the motion and the record of this case as a whole, the Court **GRANTS** the motion.

Accordingly, it is **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

SIGNED at Galveston, Texas, this 22nd day of May, 2018.

_____
George C. Hanks Jr.
United States District Judge